IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. |
| ) | |
| ROBERT S. HACKETT, ) | 18 U.S.C. § 641 |
| ) | (Conversion of Public Monies) |
| Defendant. ) | |
| _____ ) | |

## INFORMATION

The United States of America charges that:

**COUNT ONE**
**Conversion of Public Monies**
[18 U.S.C. § 641]

INTRODUCTION

At all times material to this Information:

1. Defendant ROBERT S. HACKETT was employed as an investigator for the Office of the Federal Public Defender ("FPD") for the Western District of Michigan.

2. The Administrative Office of U.S. Courts ("AO") was a department and agency of the United States, headquartered in Washington, D.C. The AO, through its Office of Defender Services, provided an annual allotment of funds to the FPD for travel-related purposes.

3. As an investigator, defendant HACKETT was authorized to use his personal motor vehicle to conduct travel within and outside the Grand Rapids area for purposes of investigating matters relevant to the FPD's representation of its clients. Miles accumulated during work-related travel were reimbursed at an average rate of .357 dollars per mile traveled.

### The Submission of False Reimbursement Requests

4.  Each month, defendant HACKETT submitted travel reimbursement requests to the FPD detailing the number of miles traveled for or on behalf of the FPD for that particular month. The reimbursement requests were incorporated into vouchers which were then submitted to the clerk's office of the United States District Court in Grand Rapids, Michigan ("the Court") for payment. Prior to each voucher's submission to the Court, defendant HACKETT was required to sign the voucher, certifying that the statements contained therein were true and correct to the best of his knowledge.

5.  At the end of each month, the Court issued a check to defendant HACKETT in an amount equal to the number of miles claimed in his travel reimbursement requests multiplied by the rate of reimbursement. The checks were drawn from funds administered to the FPD by the AO's Office of Defender Services.

6.  Between on or about November 1, 2001 and on or about April 30, 2003, defendant HACKETT submitted reimbursement requests for miles purportedly accumulated during travel done for or on behalf of the FPD, when in fact, such travel did not occur as stated in the reimbursement requests.

7.  During the above-mentioned period, defendant Hackett submitted reimbursement requests for 76,807 miles traveled for or on behalf of the FPD, when in fact, his personal motor vehicle only traveled 34,419 miles during that same period. Defendant Hackett was reimbursed approximately $15,132.00 for the 42,388 excess miles.

### CONVERSION OF PUBLIC MONIES

8.  On or about December 16, 2002, in the District of Columbia and elsewhere, the defendant, ROBERT S. HACKETT, did knowingly convert to his own use monies of the United

States and one of its agencies, that is, defendant ROBERT S. HACKETT, while employed as an investigator for the FPD, did knowingly submit a reimbursement request for 568 miles purportedly accumulated on November 26, 2002, during travel done for or on behalf of the FPD, when in fact, such travel did not occur as stated in the reimbursement request, and the defendant was then reimbursed approximately $202.78 for the miles claimed.

All in violation of Title 18, United States Code, Section 641
(Class A Misdemeanor).

                                      Respectfully Submitted,

                                      EDWARD C. NUCCI
                                      Acting Chief
                                      Public Integrity Section

By: _____
                                      NATASHIA TIDWELL
                                      DANIEL A. PETALAS
                                      Trial Attorneys
                                      Public Integrity Section
                                      Criminal Division
                                      U.S. Department of Justice
                                      1400 New York Avenue, NW
                                      Washington, DC  20005
                                      T: 202-514-1412 / F: 202-514-3003

February 23, 2007                   dan.petalas@usdoj.gov