IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| v.    ) | |
| ) | Criminal No. 07-M-058 |
| ROBERT HACKETT,    ) | |
| Defendant.    ) | |
| _____) | |

GOVERNMENT'S NOTICE OF CORRECTED FILING AND SERVICE DATES

COMES NOW the United States of America, by and through its undersigned counsel, and hereby files the instant notice correcting the filing and service dates for the government's memorandum in aid of sentencing as to defendant Robert Hackett [Docket Entry No. 9].

It has come to the attention of the undersigned that the government's memorandum filed yesterday erroneously indicated that it was filed and served on June 2, 2007. This notice is to clarify that the correct date of filing and service of the government's sentencing memorandum through the Court's electronic filing system was June 5, 2007.

DATED: June 6, 2007

Respectfully Submitted,

WILLIAM M. WELCH II
Chief, Public Integrity Section


  /s/
DANIEL A. PETALAS
Trial Attorney
U.S. Department of Justice
Criminal Division
1400 New York Ave., NW, Suite 12100
Washington, DC 20005
(202) 514-1412
(202) 514-3003 (facsimile)
dan.petalas@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on this 6th day of June, 2007, a copy of the foregoing was served through the Court's electronic filing system on the following counsel of record:

Plato Cacheris, Esq.
Trout Chacheris PLLC
350 Connecticut Avenue, NW, Suite 300
Washington, DC 20036

                                                  /s/
                                           Daniel A. Petalas
                                           Trial Attorney