# TROUT CACHERIS PLLC

ATTORNEYS AT LAW

PLATO CACHERIS
ROBERT P TROUT
JOHN THORPE RICHARDS, JR
BARRY COBURN
AMY BERMAN JACKSON
JOHN F HUNDLEY
PATRICIA E CONNELLY*
GLORIA B SOLOMON*
JEFFREY C COFFMAN

1350 CONNECTICUT AVENUE, N W.
SUITE 300
WASHINGTON, D C. 20036
(202) 464-3300

FAX (202) 464-3319

WWW TROUTCACHERIS COM

111 ORONOCO STREET
ALEXANDRIA, VIRGINIA 22314
(703) 519-8840

*NOT ADMITTED IN VA

WRITER'S DIRECT DIAL/EMAIL
(202) 464-330403
PCACHERIS@TROUTCACHERIS.COM

May 21, 2007

**BY FAX 202-273-0242**
**ORIGINAL BY MAIL**

FILED
JUN 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ms. Kelli Griffin Cave
United States Probation Officer
United States Courthouse
Room 2800, Second Floor
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   United States v. Robert S. Hackett, 07-M-058-01

Dear Ms. Cave:

On May 8, 2007, we received a copy of the draft Presentence Investigation Report in the above referenced matter, and we have had the opportunity to review it with our client, Bob Hackett. On behalf of Mr. Hackett, we have no objections to the Guideline calculations set forth in the Report; however, we do have a few, minor factual corrections and comments which are set forth below. Although none of these will affect the Guideline calculations, we believe they are appropriate revisions nonetheless.

Under "Personal and Family Data," on page 5, #25, second line states Mr. Hackett's brother is a "police office." Please change that to read "police officer."

On page 5, in paragraph #27, the date on the first line should read, "July 2, 1998" as the date of marriage instead of June 2, 1998.

Under "Personal and Family Data," on page 6, #29 states that several messages were left for Catherine Hackett, Mr. Hackett's ex-wife, that were not returned. It is our understanding that Mrs. Hackett has now returned those calls and you have had an opportunity to speak with her.

# TROUT CACHERIS PLLC

Ms. Kelli Griffin Cave
May 21, 2007
Page 2

Under "Educational and Vocational Skills," page 7, #37, line 1, Redford High School is located in Detroit, Michigan, instead of Redford. Line 5 should read, "University of Michigan, and studied in Italy for . . . . . ." Last sentence in this paragraph should read, "Mr. Hackett was the elected valedictorian of his law school class."

On page 8, under "Financial Condition: Ability to Pay," #42, listed under "Unsecured Debts" are "Credit Cards – Combined" and "School Loans." Mr. Hackett's school loans total approximately $110,000. His monthly school loan payment is $987.00. The total figure of $110,000 should be reflected in order to obtain the "Total Unsecured Debt." Therefore, please substitute the $987.00 figure and replace it with the total school loan due of $110,000.

Lastly, on page 9, #47, please note that, as part of the plea agreement, the United States has agreed that it will not oppose the defendant's request that no jail term be imposed.

We appreciate your consideration of these revisions.

I am returning the "Receipt and Acknowledgment" that has been signed by Mr. Hackett and by us. If you have any questions or would like to discuss this matter further, please contact us.

Sincerely,

Plato Cacheris
Jeffrey C. Coffman

Enclosure

cc:   Daniel A. Petalas, Esquire
      by fax 202-514-3003