PROB 22:DC
(Rev 2/88)

## TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran Court)*
07-M-058-01

DOCKET NUMBER *(Rec. Court)*
1:07:PT:29

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE. | DISTRICT | DIVISION |
|---|---|---|
| Robert S. Hackett<br><br>Kentwood, Michigan 49508 | District of Columbia | U.S. Probation Office |

FILED
SEP 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| NAME OF SENTENCING JUDGE | | |
|---|---|---|
| John M. Facciola | | |
| DATES OF PROBATION/SUPERVISED RELEASE | FROM 06/11/2007 | TO 06/11/2008 |

**OFFENSE**

Theft of Government Property (misdemeanor), 18 USC § 641

**FILED - GR**
August 21, 2007 4:48 PM
RONALD C WESTON, SR , CLERK
U S DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY _____/_____

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Michigan upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_6/11/07_
Date June 11, 2007

_[signature]_
United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_[signature]_
Effective Date

_[signature]_
**Chief**  United States District Judge

Hon. Robert Holmes Bell

07 AUG 22 PM 3:38