

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

DATE: 03/31/08

TO: USDC Western District of Michigan
 101 Federal Building
 110 Michigan Ave. NW
 Grand Rapids, MI 49503

RE: 07-MJ-058 USA v. HACKETT

**FILED**

APR 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk:

Pursuant to 18 U.S.C. 3605, please find enclosed a certified copy of the Transfer of Jurisdiction of Probation/Supervised Release Form 22 for the above captioned case.

Enclosed are certified copies of the Information/Indictment, Judgment and Probation Order, and docket sheet.

Kindly indicate receipt of these documents on the enclosed copy of this letter and return it to our office.

Very truly yours,

NANCY MAYER-WHITTINGTON, Clerk

By: _____
 Deputy Clerk

cc: U. S. Attorney's Office
 U. S. Probation Office

enclosure(s)